IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIL RIZVI, M.D., **Plaintiff,** | CIVIL ACTION |
| v. | |
| PETER KOVACH, *et al.*, **Defendants.** | NO. 20-3269 |

## O R D E R

**AND NOW**, this 11th day of March, 2021, upon consideration of Plaintiff's Motions for Injunctive Relief and Emergency Hearing (ECF Nos. 43 & 66) and Defendants' responses thereto (ECF Nos. 57, 60, 61, 62 & 63), and Defendants' Motions to Dismiss (ECF Nos. 51, 52, 53 & 55), and following a preliminary injunction hearing, **IT IS ORDERED** that:

1. Defendants' Motions to Dismiss are **GRANTED**.

2. This case is **DISMISSED WITH PREJUDICE** as to Defendants Peter Kovach, Suzanne Zerbe, Dennis Smith, Penny Taylor, Sherri Phillips, Daniel Potenza, Laura Lombardi, and Chantel Scott.

3. Plaintiff's Motions for Injunctive Relief and Emergency Hearing are **DENIED**.

4. Plaintiff shall have until **April 30, 2021** to either: (1) serve Defendants Robert Walker, Timothy J. Shea, William McDermott, and Andrea Harris with the summonses and complaint in a manner consistent with Rule 4 of the Federal Rules of Civil Procedure; or (2) show cause in writing why this action should not be dismissed for failure to prosecute.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**