IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIL RIZVI, M.D.,<br>　　　　　　Plaintiff,<br><br>v.<br><br>PETER KOVACH, *et al.*,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br><br>NO.  20-3269 |

## O R D E R

**AND NOW**, this 16th  day of August, 2021, upon consideration of the Motion to Dismiss Plaintiff's Third Amended Complaint filed by Defendants Robert W. Walker, Timothy J. Shea, William McDermott, and Andria Harris, in their official capacities (ECF No. 90), and Plaintiff's response thereto (ECF No. 91), **IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's Third Amended Complaint is **DISMISSED WITH PREJUDICE**.

　　The Clerk of Court is **HEREBY ORDERED** to terminate this case and mark it **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**